# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                                      Crim. No. 5:95-CR-32-2BR

BRADLEY DEAN BIDGOOD

On June 11, 2009, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervisory U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   21   day of   August  , 2012.

W. Earl Britt
Senior U.S. District Judge